FeePaid

D. PETER HARVEY, ESQ. (SBN 55712)
Email: pharvey@harveysiskind.com
SETH I. APPEL, ESQ. (SBN 233421)
Email: sappel@harveysiskind.com
HARVEY SISKIND LLP
4 Embarcadero Center, 39th Floor
San Francisco, CA 94111
Telephone: (415) 354-0100
Facsimile: (415) 391-7124

LISA PEARSON, ESQ. (*pro hac vice pending*)
Email: lpearson@kilpatrickstockton.com
KILPATRICK STOCKTON LLP
31 West 52nd Street, 14th Floor
New York, NY 10019
Telephone: (212) 775-8700
Facsimile: (212) 775-8800

W. MARK CONGER, ESQ. (*pro hac vice pending*)
Email: mconger@kilpatrickstockton.com
JOCELYN BURTON, ESQ. (SBN 135879)
Email: jburton@kilpatrickstockton.com
KILPATRICK STOCKTON LLP
1001 West Fourth Street
Winston-Salem, NC 27101
Telephone: (336) 607-7300
Facsimile: (336) 607-7500

Attorneys for Plaintiffs,
MYGUIDE HOLDING GMBH
and MYGUIDEGPS LTD.

FILED
2008 JAN 11  A 9:25
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST OF CA. S.J

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| MYGUIDE HOLDING GMBH and MYGUIDEGPS LTD., <br><br> Plaintiffs, <br> vs. <br><br> RANDOLPH KEMPS, an individual, ARES DIGITAL, INC., and MYGUIDE (USA) INC. <br><br> Defendants. | Case No.: C 08-0057 JF <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY LISA PEARSON *PRO HAC VICE*** |

Pursuant to Civil L.R. 11-3, Lisa Pearson, an active member in good standing of the bar of the State of New York; the United States District Courts for the Eastern and Southern Districts of New York; the U.S. Court of Appeals for the Second, Ninth, and Eleventh Circuits; and the U.S. Supreme Court, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing MyGuide Holding GmbH and MyGuideGPS Ltd. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

D. Peter Harvey
Harvey Siskind LLP
4 Embarcadero Center, 39th Floor
San Francisco, California 94111
Telephone: (415) 354-0100

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 9, 2008

_____
Lisa Pearson

```
Court Name: U.S. District Court, NDCA
Division: 5
Receipt Number: 54611002379
Cashier ID: harwellt
Transaction Date: 01/11/2008
Payer Name: HARVEY SISKIND

PRO HAC VICE
 For: Lisa Pearson
 Case/Party: D-CAN-5-08-AT-PROHAC-001
 Amount:         $210.00

CHECK
 Check/Money Order Num: 009636
 Amt Tendered: $210.00

Total Due:      $210.00
Total Tendered: $210.00
Change Amt:     $0.00

Case # 08-cv-0057-JF

For Attorney: Lisa Pearson

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```