1  D. PETER HARVEY, ESQ. (SBN 55712)
   Email: pharvey@harveysiskind.com
2  SETH I. APPEL, ESQ. (SBN 233421)
   Email: sappel@harveysiskind.com
3  HARVEY SISKIND LLP
4  4 Embarcadero Center, 39th Floor
   San Francisco, CA 94111
5  Telephone: (415) 354-0100
   Facsimile: (415) 391-7124
6

7  LISA PEARSON, ESQ. (*pro hac vice pending*)
   Email: lpearson@kilpatrickstockton.com
8  KILPATRICK STOCKTON LLP
   31 West 52nd Street, 14th Floor
9  New York, NY 10019
   Telephone: (212) 775-8700
10 Facsimile: (212) 775-8800

11
   W. MARK CONGER, ESQ. (*pro hac vice pending*)
12 Email: mconger@kilpatrickstockton.com
   JOCELYN BURTON, ESQ. (SBN 135879)
13 Email: jburton@kilpatrickstockton.com
   KILPATRICK STOCKTON LLP
14 1001 West Fourth Street
   Winston-Salem, NC 27101
15 Telephone: (336) 607-7300
   Facsimile: (336) 607-7500
16

17 Attorneys for Plaintiffs,
   MYGUIDE HOLDING GMBH
18 and MYGUIDEGPS LTD.

19                  **UNITED STATES DISTRICT COURT**
20                  **NORTHERN DISTRICT OF CALIFORNIA**
21                        **SAN JOSE DIVISION**

22 | MYGUIDE HOLDING GMBH and
23 | MYGUIDEGPS LTD.,                    Case No.:  C 08-0057 JF
24 |          Plaintiffs,
   |     vs.                             **APPLICATION FOR ADMISSION OF**
25 |                                     **ATTORNEY W. MARK CONGER** *PRO*
   | RANDOLPH KEMPS, an individual, ARES *HAC VICE*
26 | DIGITAL, INC., and MYGUIDE (USA) INC.
27 |          Defendants.
28

FILED
2008 JAN 11 A 9:38
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

Fee Paid

---
APPLICATION FOR ADMISSION OF ATTORNEY
W. MARK CONGER *PRO HAC VICE*                                  CASE NO. C 08-0057 JF

Pursuant to Civil L.R. 11-3, W. Mark Conger, an active member in good standing of the bar of the State of North Carolina; the United States District Courts for the Eastern, Western and Middle Districts of North Carolina; and the U.S. Court of Appeals for the Fourth Circuit, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing MyGuide Holding GmbH and MyGuideGPS Ltd. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

D. Peter Harvey
Harvey Siskind LLP
4 Embarcadero Center, 39th Floor
San Francisco, California 94111
Telephone: (415) 354-0100

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 1-8-08

W. Mark Conger

```
Court Name: U.S. District Court, NDCA
Division: 5
Receipt Number: 54611002380
Cashier ID: harwellt
Transaction Date: 01/11/2008
Payer Name: HARVEY SISKIND
------------------------------------
PRO HAC VICE
 For: W. Mark Conger
 Case/Party: D-CAN-5-08-AT-PROHAC-001
 Amount:        $210.00
------------------------------------
CHECK
 Check/Money Order Num: 009637
 Amt Tendered:  $210.00
------------------------------------
Total Due:      $210.00
Total Tendered: $210.00
Change Amt:     $0.00

Case # 08-cv-0057-JF

For Attorney:  W. Mark Conger


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```