D. PETER HARVEY, ESQ. (SBN 55712)
Email: pharvey@harveysiskind.com
SETH I. APPEL, ESQ. (SBN 233421)
Email: sappel@harveysiskind.com
HARVEY SISKIND LLP
4 Embarcadero Center, 39th Floor
San Francisco, CA 94111
Telephone: (415) 354-0100
Facsimile: (415) 391-7124

LISA PEARSON, ESQ. (*pro hac vice pending*)
Email: lpearson@kilpatrickstockton.com
KILPATRICK STOCKTON LLP
31 West 52nd Street, 14th Floor
New York, NY 10019
Telephone: (212) 775-8700
Facsimile: (212) 775-8800

W. MARK CONGER, ESQ. (*pro hac vice pending*)
Email: mconger@kilpatrickstockton.com
JOCELYN BURTON, ESQ. (SBN 135879)
Email: jburton@kilpatrickstockton.com
KILPATRICK STOCKTON LLP
1001 West Fourth Street
Winston-Salem, NC 27101
Telephone: (336) 607-7300
Facsimile: (336) 607-7500

Attorneys for Plaintiffs,
MYGUIDE HOLDING GMBH
and MYGUIDEGPS LTD.

Filed
JAN 1 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| MYGUIDE HOLDING GMBH and MYGUIDEGPS LTD.,<br><br>Plaintiffs,<br>vs.<br><br>RANDOLPH KEMPS, an individual, ARES DIGITAL, INC., and MYGUIDE (USA) INC.<br><br>Defendants. | Case No.: C 08-0057 JF<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY LISA PEARSON *PRO HAC VICE* |

1  Lisa Pearson, an active member in good standing of the bar of the State of New York; the
2  United States District Courts for the Eastern and Southern Districts of New York; the U.S. Court of
3  Appeals for the Second, Ninth, and Eleventh Circuits; and the U.S. Supreme Court; and whose
4  business address and telephone number are:

5  KILPATRICK STOCKTON LLP
   31 West 52nd Street, 14th Floor
6  New York, NY 10019
   Telephone: (212) 775-8700
7  Facsimile: (212) 775-8800

8  having applied in the above-entitled action for admission to practice in the Northern District of
9  California on a *pro hac vice* basis, representing MyGuide Holding GmbH and MyGuideGPS Ltd.;
10
11  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
   conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*.
12  Service of papers upon and communication with co-counsel designated in the application will
13  constitute notice to the party. All future filings in this action are subject to the requirements
14  contained in General Order No. 45, *Electronic Case Filing*.
15
16
17  Dated: 1-14-08
18                                                  The Honorable Jeremy Fogel
                                                    United States District Judge
19
20
21
22
23
24
25
26
27
28

-2-
[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION
OF ATTORNEY LISA PEARSON *PRO HAC VICE*                        CASE NO. C 08-0057 JF