1  D. PETER HARVEY, ESQ. (SBN 55712)
   Email: pharvey@harveysiskind.com
2  SETH I. APPEL, ESQ. (SBN 233421)
   Email: sappel@harveysiskind.com
3  HARVEY SISKIND LLP
4  4 Embarcadero Center, 39th Floor
   San Francisco, CA 94111
5  Telephone: (415) 354-0100
   Facsimile: (415) 391-7124
6
7  LISA PEARSON, ESQ. (*pro hac vice pending*)
   Email: lpearson@kilpatrickstockton.com
8  KILPATRICK STOCKTON LLP
   31 West 52nd Street, 14th Floor
9  New York, NY 10019
   Telephone: (212) 775-8700
10 Facsimile: (212) 775-8800

11
   W. MARK CONGER, ESQ. (*pro hac vice pending*)
12 Email: mconger@kilpatrickstockton.com
   JOCELYN BURTON, ESQ. (SBN 135879)
13 Email: jburton@kilpatrickstockton.com
   KILPATRICK STOCKTON LLP
14 1001 West Fourth Street
15 Winston-Salem, NC 27101
   Telephone: (336) 607-7300
16 Facsimile: (336) 607-7500

17 Attorneys for Plaintiffs,
   MYGUIDE HOLDING GMBH
18 and MYGUIDEGPS LTD.

19
                   **UNITED STATES DISTRICT COURT**
20
                   **NORTHERN DISTRICT OF CALIFORNIA**
21
                          **SAN JOSE DIVISION**
22

   MYGUIDE HOLDING GMBH and
23 MYGUIDEGPS LTD.,                          Case No.: C 08-0057 JF

24         Plaintiffs,
       vs.                                   [~~PROPOSED~~] ORDER GRANTING
25                                           APPLICATION FOR ADMISSION OF
                                             ATTORNEY W. MARK CONGER *PRO*
26 RANDOLPH KEMPS, an individual, ARES       *HAC VICE*
   DIGITAL, INC., and MYGUIDE (USA) INC.
27
           Defendants.
28

**Filed**

JAN 1 4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

---

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION            CASE NO. C 08-0057 JF
OF ATTORNEY W. MARK CONGER *PRO HAC VICE*

1  W. Mark Conger, an active member in good standing of the bar of the State of North
2  Carolina; the United States District Courts for the Eastern, Western and Middle Districts of North
3  Carolina; and the U.S. Court of Appeals for the Fourth Circuit, and whose business address and
4  telephone number are:

5  KILPATRICK STOCKTON LLP
   1001 West Fourth Street
6  Winston-Salem, NC 27101
   Telephone: (336) 607-7300
7  Facsimile: (336) 607-7500

8
9  having applied in the above-entitled action for admission to practice in the Northern District of
   California on a *pro hac vice* basis, representing MyGuide Holding GmbH and MyGuideGPS Ltd.;
10
11  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
    conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*.
12
    Service of papers upon and communication with co-counsel designated in the application will
13
    constitute notice to the party. All future filings in this action are subject to the requirements
14
    contained in General Order No. 45, *Electronic Case Filing*.
15

16
17  Dated: 1-14-08
18                                          The Honorable Jeremy Fogel
                                            United States District Judge
19

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION
OF ATTORNEY W. MARK CONGER *PRO HAC VICE*                    CASE NO. C 08-0057 JF