# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYGUIDE HOLDING GMBH, and MYGUIDEGPS LTD.<br><br>V.<br><br>RANDOLPH KEMPS, an individual, ARES DIGITAL INC., and MYGUIDE (USA) INC. | **SUMMONS IN A CIVIL CASE**<br><br>CASE NUMBER:<br><br>CV 08 0057 JF |

TO: (Name and address of defendant)

Randoph Kemps
36 Ralston Road
Atherton, California  94027

Ares Digital Inc.
1817 Houret Court
Milpitas, California  95035

MyGuide (USA) Inc.
36 Ralston Road
Atherton, California 94027

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Harvey Siskind LLP
4 Embarcadero Center, 39th Floor
San Francisco, California  94111

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE 1-4-08

(BY) DEPUTY CLERK
ANNA SPRINKLES

AO 440 (Rev. 8/01) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | January 5, 2008 |

| Name of SERVER | TITLE |
|---|---|
| Morris E. Phillips | RPS: 2004-0000874 |

*Check one box below to indicate appropriate method of service*

☑ Served Personally upon the Defendant. Place where served:
Randolph Kemps Residence, 36 Ralston Road, Atherton, California  94027
on Randolph Kemps individually and as agent for Ares Digital, Inc. and
MyGuide (USA) Inc.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $78.00 | $8.00 | $86.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  January 5, 2008
              *Date*

*Signature of Server*

41 Sutter St., San Francisco, CA 94104
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure