David P. Morales, Esq., SBN 191229
THE MORALES LAW FIRM
1414 Soquel Avenue, Suite 212
Santa Cruz, CA 95062
Telephone: (831) 429-7900
Facsimile: (831) 688-8883
E-Mail: dmorales@moraleslawfirm.com

Attorney for Defendants and
Counterclaimants Randolph Kemps,
Ares Digital, Inc., and MyGuide (USA), Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| MYGUIDE HOLDING GMBH; and MYGUIDEGPS LTD.,<br>　　　　Plaintiffs,<br><br>　vs.<br><br>RANDOLPH KEMPS, an individual; ARES DIGITAL, INC.; and MYGUIDE (USA), INC.,<br>　　　　Defendants.<br><br>RANDOLPH KEMPS, an individual; ARES DIGITAL, INC.; and MYGUIDE (USA), INC.,<br>　　　　Counterclaimants,<br><br>　vs.<br><br>MYGUIDE HOLDING GMBH; and MYGUIDEGPS LTD.,<br>　　　　Counterdefendants. | Civil Action No.: CV 08-0057 JF<br><br>**ADR CERTIFICATION BY DEFENDANTS, COUNTERCLAIMANTS AND COUNSEL** |

**ADR CERTIFICATION BY DEFENDANTS, COUNTERCLAIMANTS AND COUNSEL**

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

**(1)** Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov.

**(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

**(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: April 11, 2008      /s/ Randolph Kemps
Randolph Kemps for Randolph Kemps,
Ares Digital, Inc., and MyGuide (USA), Inc.

Dated: April 11, 2008

David P. Morales, Esq., SBN 191229
THE MORALES LAW FIRM
1414 Soquel Avenue, Suite 212
Santa Cruz, CA 95062
Telephone: (831) 429-7900
Facsimile: (831) 688-8883
E-Mail: dmorales@moraleslawfirm.com

Attorney for Defendants and Counterclaimants
Randolph Kemps, Ares Digital, Inc., and
MyGuide (USA), Inc.

**ADR CERTIFICATION BY DEFENDANTS, COUNTERCLAIMANTS AND COUNSEL**
Case No.: CV 08-0057 JF      - 2 -