HARVEY SISKIND LLP
D. PETER HARVEY, ESQ.  (SBN 55712)
pharvey@hareysiskind.com
SETH I. APPEL, ESQ. (SBN 233421)
sappel@harveysiskind.com
4 Embarcadero Center, 39th Floor
San Francisco, CA 94111
Telephone:  (415) 354-0100
Facsimile:  (415) 391-7124

KILPATRICK STOCKTON LLP
LISA PEARSON, ESQ. (admitted *pro hac vice*)
lpearson@kilpatrickstockton.com
31 West 52nd Street, 14th Floor
New York, NY  10019
Telephone:  (212) 775-8700
Facsimile:  (212) 775-8800

KILPATRICK STOCKTON LLP
W. MARK CONGER, ESQ. (admitted *pro hac vice*)
mconger@kilpatrickstockton.com
JOCELYN BURTON, ESQ. (SBN 135879)
jburton@kilpatrickstockton.com
1001 West Fourth Street
Winston-Salem, NC  27101
Telephone:  (336) 607-7300
Facsimile:  (336) 607-7500

Attorneys for Plaintiffs,
MYGUIDE HOLDING GMBH
and MYGUIDEGPS LTD.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| MYGUIDE HOLDING GMBH<br>and MYGUIDEGPS LTD.,<br><br>       Plaintiffs,<br><br>v.<br><br>RANDOLPH KEMPS, an individual,<br>ARES DIGITAL, INC., and MYGUIDE<br>(USA) INC.<br><br>       Defendants. | Case No. C 08-0057 JF<br><br>**ADR CERTIFICATION BY PARTIES<br>AND COUNSEL** |

**ADR CERTIFICATION BY PARTIES AND COUNSEL**
CASE NO: CV 08-0057 JF

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has:

1. Read the handbook entitled "Dispute Resolution Procedures in the Northern District of California" on the Court's Internet site www.adr.cand.uscourts.gov;

2. Discussed the available dispute resolution options provided by the Court and private entities; and

3. Considered whether this case might benefit from any of the available dispute resolution options.

Dated: April 11, 2008                                  /s/
                                                    Wouter M. Mulller for
                                                    Plaintiff MyGuide Holding GmbH

Dated: April 11, 2008                                  /s/
                                                    Andreas Hoffmann for
                                                    Plaintiff MyGuideGPS Ltd.

Dated: April 11, 2008                  KILPATRICK STOCKTON LLP

                                                       /s/
                                       W. Mark Conger, Esq. (admitted *pro hac vice*)

                                       Attorneys for Plaintiffs
                                       MyGuide Holding GmbH and MyGuideGPS Ltd.

**Signature Attestation**

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

Dated: April 11, 2008                  Respectfully submitted,

                                       HARVEY SISKIND LLP

                                                   /s/
                                              Seth I. Appel

                                       Attorneys for Plaintiffs
                                       MyGuide Holding GmbH and MyGuideGPS Ltd.

**ADR CERTIFICATION BY PARTIES AND COUNSEL**
CASE NO: CV 08-0057 JF                 - 2 -