HARVEY SISKIND LLP
D. PETER HARVEY, ESQ.  (SBN 55712)
pharvey@hareysiskind.com
SETH I. APPEL, ESQ. (SBN 233421)
sappel@harveysiskind.com
4 Embarcadero Center, 39th Floor
San Francisco, CA 94111
Telephone:  (415) 354-0100
Facsimile:  (415) 391-7124

KILPATRICK STOCKTON LLP
LISA PEARSON, ESQ. (admitted *pro hac vice*)
lpearson@kilpatrickstockton.com
31 West 52nd Street, 14th Floor
New York, NY  10019
Telephone:  (212) 775-8700
Facsimile:  (212) 775-8800

KILPATRICK STOCKTON LLP
W. MARK CONGER, ESQ. (admitted *pro hac vice*)
mconger@kilpatrickstockton.com
JOCELYN BURTON, ESQ. (SBN 135879)
jburton@kilpatrickstockton.com
1001 West Fourth Street
Winston-Salem, NC  27101
Telephone:  (336) 607-7300
Facsimile:  (336) 607-7500

Attorneys for Plaintiffs,
MYGUIDE HOLDING GMBH
and MYGUIDEGPS LTD.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| MYGUIDE HOLDING GMBH and MYGUIDEGPS LTD.,<br><br>　　　Plaintiffs,<br><br>v.<br><br>RANDOLPH KEMPS, an individual, ARES DIGITAL, INC., and MYGUIDE (USA) INC.<br><br>　　　Defendants. | Case No. C 08-0057 JF<br><br>**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |

| | | |
|---|---|---|
| 1 | RANDOLPH KEMPS, an individual, ARES DIGITAL, INC., and MYGUIDE (USA) INC. | ) ) ) |
| 2 | | ) |
| 3 | Counterclaimants, | ) ) |
| 4 | v. | ) ) |
| 5 | MYGUIDE HOLDING GMBH and MYGUIDEGPS LTD., RANDOLPH KEMPS, an individual, ARES DIGITAL, INC., and MYGUIDE (USA) INC. | ) ) ) ) ) |
| 6 | | ) |
| 7 | | ) |
| 8 | Counterdefendants. | ) ) ) |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

1.   The parties agree to participate in Mediation pursuant to ADR L.R. 6.

2.   The parties will endeavor to conduct the mediation within thirty days of the entry of the Case Management Order.  However, the parties request that the deadline for completion of mediation be set at 90 days from entry of the Case Management Order.

3.   The parties agree to consider the use of further ADR processes during the course of the litigation and before the trial of the matter if the proposed initial mediation is not successful.

Dated: April 11, 2008          Respectfully submitted,

KILPATRICK STOCKTON LLP

and

HARVEY SISKIND LLP

_____/s/_____
Seth I. Appel

Attorneys for Plaintiffs/Counterdefendants
MyGuide Holding GmbH and MyGuideGPS Ltd.

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS          CASE NO: CV 08-0057 JF
- 2 -

| | | |
|---|---|---|
| 1 | Dated: April 11, 2008 | THE MORALES LAW FIRM |
| 2 | | /s/ |
| 3 | | David P. Morales |
| 4 | | Attorney for Defendants/Counterclaimants |
| 5 | | Randolph Kemps, Ares Digital, Inc., and MyGuide (USA), Inc. |

### [PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to Mediation pursuant to ADR L.R. 6. The deadline for completion of the mediation shall be 90 days from the entry of the Case Management Order.

**IT IS SO ORDERED.**

Dated: 4/16/08

The Honorable Jeremy Fogel
United States District Court Judge