1
2
3
4
5

David P. Morales, Esq., SBN 191229
THE MORALES LAW FIRM
1414 Soquel Avenue, Suite 212
Santa Cruz, CA  95062
Telephone: (831) 429-7900
E-Mail: dmorales@moraleslawfirm.com

Attorney for Defendants and Counterclaimants
Randolph Kemps, Ares Digital, Inc.,
and MyGuide (USA), Inc.

6

7
8

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

9
10
11
12
13

MYGUIDE HOLDING GMBH; and
MYGUIDEGPS LTD.,
            Plaintiffs,
        vs.
RANDOLPH KEMPS, an individual; ARES
DIGITAL, INC.; and MYGUIDE (USA), INC.,
            Defendants.

Civil Action No.: CV 08-0057 JF

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**
**(Civil Local Rule 3-16)**

14
15
16
17
18
19

RANDOLPH KEMPS, an individual; ARES
DIGITAL, INC.; and MYGUIDE (USA), INC.,
            Counterclaimants,
        vs.
MYGUIDE HOLDING GMBH; and
MYGUIDEGPS LTD.,
            Counterdefendants.

20

21
22
23

<u>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**</u>

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

24

Dated: April 25, 2008

25
26

_____
David P. Morales,
Attorney for Defendants and Counterclaimants

27
28

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**