1 | D. PETER HARVEY, ESQ.  (SBN 55712)
SETH I. APPEL, ESQ. (SBN 233421)
2 | HARVEY SISKIND LLP
4 Embarcadero Center, 39th Floor
3 | San Francisco, CA 94111
Telephone:  (415) 354-0100
4 | Facsimile:  (415) 391-7124

5 | and

6 | LISA PEARSON, ESQ. (admitted *pro hac vice*)
KILPATRICK STOCKTON LLP
7 | 31 West 52nd Street, 14th Floor
New York, NY  10019
8 | Telephone:  (212) 775-8700
Facsimile:  (212) 775-8800
9 |
W. MARK CONGER, ESQ. (admitted *pro hac vice*)
10 | JOCELYN BURTON, ESQ. (SBN 135879)
KILPATRICK STOCKTON LLP
11 | 1001 West Fourth Street
Winston-Salem, NC  27101
12 | Telephone:  (336) 607-7300
Facsimile:  (336) 607-7500
13 |
Attorneys for Plaintiffs,
14 | MYGUIDE HOLDING GMBH
and MYGUIDEGPS LTD.

15 |

16 |

17 | IN THE UNITED STATES DISTRICT COURT

18 | FOR THE NORTHERN DISTRICT OF CALIFORNIA

19 | SAN JOSE DIVISION

20 | MYGUIDE HOLDING GMBH                )
and MYGUIDEGPS LTD.,                )
21 |                                    )
            Plaintiffs,                )
22 |                                    )
v.                                     )          Case No. CV 08-0057 JF
23 |                                    )
RANDOLPH KEMPS, an individual,        )          **DECLARATION OF MARK**
24 | ARES DIGITAL, INC., and MYGUIDE   )          **CONGER PURSUANT TO LOCAL**
(USA) INC.                             )          **RULE 16-9(a)**
25 |                                    )
            Defendants.                )
26 | _____)

27 |

28 |

**DECLARATION OF W. MARK CONGER**
CASE NO: CV 08-0057 JF

1  RANDOLPH KEMPS, an individual,          )
   ARES DIGITAL, INC., and MYGUIDE         )
2  (USA) INC.                              )
                                           )
3              Counterclaimants,           )
                                           )
4  v.                                      )
                                           )
5  MYGUIDE HOLDING GMBH                    )
   and MYGUIDEGPS LTD.,                    )
6                                          )
               Counterdefendants.          )
7  _____)

8

9        I, Mark Conger, hereby declare under penalty of perjury as follows:

10       1.      I am a partner at the law firm of Kilpatrick Stockton, LLP and counsel of record

11  for Plaintiffs MyGuide Holding GmbH and MyGuideGPS Ltd..   I submit this declaration

12  pursuant to Local Rule 16-9(a).   The information in this Declaration is based on my personal

13  knowledge.

14       2.      On Friday, April 18, 2008, I submitted to David Morales, counsel for the

15  Defendants/Counterclaimants, a proposed joint case management statement for his review and

16  comment.

17       3.      I attempted to contact Mr. Morales by telephone on Wednesday, April 23, 2008,

18  for the purpose of obtaining Mr. Morales' input on the document.

19       4.      I contacted Mr. Morales by electronic mail on Thursday, April 24 and on Friday,

20  April 25, 2008, again for the purpose of obtaining Mr. Morales' input on the document.

21       5.      I received substantial revisions from Mr. Morales on Friday, April 25, 2008, at

22  4:17 p.m. EDT.

23       6.      After reviewing Mr. Morales' revisions and after subsequent discussions with Mr.

24  Morales, it was apparent that, given the amount of time remaining before the filing deadline, the

25  parties would not be able to reach a consensus necessary to submit a joint case management

26  report.

27

28

**DECLARATION OF W. MARK CONGER**
CASE NO: CV 08-0057 JF                    - 2 -

1    DATED: April 25, 2008.

2

_Mark Conger_

Mark Conger

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

**DECLARATION OF W. MARK CONGER**
CASE NO: CV 08-0057 JF            - 3 -