UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5ᵀᴴ FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Case Management Conference, May 2, 2008
**Case Number:** CV-08-57-JF/HRL

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

TITLE:      **MYGUIDE HOLDING, ET AL   V.  RANDOLPH KEMPS,  ET AL**

              **PLAINTIFF**                              **DEFENDANT**

**Attorneys Present: Mark Conger, Raffi Zerounian**       **Attorneys Present: David Morales**

PROCEEDINGS:
   Case management conference held.  Parties are present.  Continued to 6/27/08 at 10:30 a.m. for further case management conference.