# FARELLA BRAUN + MARTEL LLP
Attorneys At Law

Russ Building / 235 Montgomery Street
San Francisco / CA 94104

T 415.954.4400 / F 415.954.4480
www.fbm.com

RODERICK M. THOMPSON
DIRECT DIAL: (415) 954-4445
E-MAIL: thompsonr@fbm.com

May 14, 2008

*Via Facsimile and E-Mail*

Seth Isaac Appel
D. Peter Harvey
Harvey Siskind Jacobs LLP
Four Embarcadero Center, 39th Floor
San Francisco, CA 94111

Lisa Pearson
Kilpatrick Stockton LLP
31 West 52nd Street, 14th Floor
New York, NY 10019

W. Mark Conger
Kilpatrick Stockton LLP
1001 West Fourth Street
Winston-Salem, NC 27101

David P. Morales
The Morales Law Firm
1414 Soquel Avenue, Suite 212
Santa Cruz, CA 95062

Re:   Myguide Holding GMBH, et al. v. Randolph Kemps, et al.
      Case No. C08-00057 JF MED

Dear Counsel:

This will confirm that the mediation will take place at my offices, 235 Montgomery Street, 17th Floor, San Francisco, California, starting at 10:00 a.m., on Monday, June 9, 2008. Please be reminded that under ADR L.R. 6.9(a) all named parties are required to attend in person unless excused by Judge Brazil.

In accordance with rule 6.7, the mediation statements may be provided to me (e-mail is fine) and exchanged ten calendar days before the session, or on Friday, May 30, 2008. In addition, the parties are invited but not required to submit a Confidential Statement to me that is not exchanged.

Very truly yours,

Roderick M. Thompson

RMT:ab
cc:   Alice M. Fiel, ADR Case Administrator

23252\1584552.1