1  HARVEY SISKIND LLP
   D. PETER HARVEY, ESQ. (SBN 55712)
2  pharvey@hareysiskind.com
   SETH I. APPEL, ESQ. (SBN 233421)
3  sappel@harveysiskind.com
   4 Embarcadero Center, 39th Floor
4  San Francisco, CA 94111
   Telephone: (415) 354-0100
5  Facsimile: (415) 391-7124

6  KILPATRICK STOCKTON LLP
   LISA PEARSON, ESQ. (admitted *pro hac vice*)
7  lpearson@kilpatrickstockton.com
   31 West 52nd Street, 14th Floor
8  New York, NY 10019
   Telephone: (212) 775-8700
9  Facsimile: (212) 775-8800

10 KILPATRICK STOCKTON LLP
   W. MARK CONGER, ESQ. (admitted *pro hac vice*)
11 mconger@kilpatrickstockton.com
   JOCELYN BURTON, ESQ. (SBN 135879)
12 jburton@kilpatrickstockton.com
   1001 West Fourth Street
13 Winston-Salem, NC 27101
   Telephone: (336) 607-7300
14 Facsimile: (336) 607-7500

15 Attorneys for Plaintiffs,
   MYGUIDE HOLDING GMBH
16 and MYGUIDEGPS LTD.

17

**IN THE UNITED STATES DISTRICT COURT**

18

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

19

**SAN JOSE DIVISION**

20

| | |
|---|---|
| MYGUIDE HOLDING GMBH and MYGUIDEGPS LTD., <br><br> Plaintiffs, <br><br> v. <br><br> RANDOLPH KEMPS, an individual, ARES DIGITAL, INC., and MYGUIDE (USA) INC. <br><br> Defendants. | Case No. C 08-0057 JF <br><br> **JOINT CASE MANAGEMENT STATEMENT AND STIPULATED REQUEST FOR ORDER CHANGING TIME** |

---

JOINT CASE MANAGEMENT STATEMENT                                                CASE NO: CV 08-0057 JF
AND STIPULATED REQUEST FOR ORDER CHANGING TIME

1  Counsel report that they have conferred and agreed to the following stipulation pursuant
2  to Civil L.R. 6-2 and 16-10(d):

3  1. This action was filed on January 4, 2008. Defendants' answer and counterclaims
4  were filed on February 25, 2008.

5  2. On April 11, 2008, the parties submitted a stipulation and proposed order
6  reflecting their agreement to engage in court-ordered mediation pursuant to ADR L.R. 6. An
7  order referring this case to mediation was entered on April 16, 2008. Mr. Roderick Thompson
8  was appointed to serve as the mediator on April 25, 2008.

9  3. On April 25, 2008, the parties submitted separate case management statements
10 pursuant to Civil L.R. 16-9, and a Case Management Conference was convened on May 2,
11 2008. At the Case Management Conference, the Court informed the parties that it would not
12 enter a scheduling order until after the mediation had taken place, and it set a subsequent Case
13 Management Conference for June 27, 2008.

14 4. The parties engaged in a mediated settlement conference on Monday, June 9,
15 2008, and have reached agreement on settlement in principle. Upon finalization and
16 documentation, the parties' agreement for settlement would resolve all claims pending in this
17 action.

18 5. To allow time for the settlement to be finalized and documented, the parties
19 jointly seek a thirty-day continuance of the Case Management Conference currently scheduled
20 for June 27, 2008.

21 6. As stated in the accompanying declaration, there have been no prior time
22 modifications other than for the filing of initial pleadings, and the requested time modification is
23 unlikely to have a significant effect on the schedule for the case.

Dated: June 16, 2008

/s/
―――――――――――――――――――
W. Mark Conger, Esq. (Admitted *Pro Hac Vice*)
Kilpatrick Stockton LLP
1001 West Fourth Street
Winston-Salem, NC 27101
Telephone: (336) 607-7309
Facsimile: (336) 734-2633

- 1 -
JOINT CASE MANAGEMENT STATEMENT                                       CASE NO: CV 08-0057 JF
AND STIPULATED REQUEST FOR ORDER CHANGING TIME

| | |
|---|---|
| Dated: June 16, 2008 | _____/s/_____<br>Raffi W. Zerounian, Esq. (SBN 236388)<br>Harvey Siskind LLP<br>4 Embarcadero Center, 39th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 354-0100<br>Facsimile: (415) 391-7124<br><br>Attorneys for Plaintiffs MyGuide Holding GmbH and MyGuideGPS Ltd. |
| Dated: June 16, 2008 | _____/s/_____<br>David P. Morales, Esq., SBN 191229<br>THE MORALES LAW FIRM<br>1414 Soquel Avenue, Suite 212<br>Santa Cruz, CA 95062<br>Telephone: (831) 429-7900<br>E-Mail: dmorales@moraleslawfirm.com<br><br>Attorney for Defendants Randolph Kemps, Ares Digital, Inc., and MyGuide (USA), Inc. |

**Signature Attestation**

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

Dated: June 16, 2008                            Respectfully submitted,

HARVEY SISKIND LLP

_____/s/_____
        Raffi V. Zerounian

Attorneys for Plaintiffs
MyGuide Holding GmbH and MyGuideGPS Ltd.

| | |
|---|---|
| 1 | D. PETER HARVEY, ESQ. (SBN 55712) |
|   | Email: pharvey@harveysiskind.com |
| 2 | SETH I. APPEL, ESQ. (SBN 233421) |
| 3 | Email: sappel@harveysiskind.com |
|   | HARVEY SISKIND LLP |
| 4 | 4 Embarcadero Center, 39th Floor |
|   | San Francisco, CA 94111 |
| 5 | Telephone: (415) 354-0100 |
|   | Facsimile: (415) 391-7124 |
| 6 | |
| 7 | LISA PEARSON, ESQ. (admitted *pro hac vice*) |
|   | Email: lpearson@kilpatrickstockton.com |
| 8 | KILPATRICK STOCKTON LLP |
|   | 31 West 52nd Street, 14th Floor |
| 9 | New York, NY 10019 |
|   | Telephone: (212) 775-8700 |
| 10 | Facsimile: (212) 775-8800 |
| 11 | |
|   | W. MARK CONGER, ESQ. (admitted *pro hac vice*) |
| 12 | Email: mconger@kilpatrickstockton.com |
|   | JOCELYN BURTON, ESQ. (SBN 135879) |
| 13 | Email: jburton@kilpatrickstockton.com |
|   | KILPATRICK STOCKTON LLP |
| 14 | 1001 West Fourth Street |
| 15 | Winston-Salem, NC 27101 |
|   | Telephone: (336) 607-7300 |
| 16 | Facsimile: (336) 607-7500 |
| 17 | Attorneys for Plaintiffs, |
|   | MYGUIDE HOLDING GMBH |
| 18 | and MYGUIDEGPS LTD. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| MYGUIDE HOLDING GMBH and MYGUIDEGPS LTD., | Case No.: C 08-0057 JF |
| Plaintiffs, | |
| vs. | **DECLARATION OF MARK CONGER PURSUANT TO LOCAL RULE 6-2(A)** |
| RANDOLPH KEMPS, an individual, ARES DIGITAL, INC., and MYGUIDE (USA) INC. | |
| Defendants. | |

1    I, Mark Conger, hereby declare under penalty of perjury as follows:

2    1.    I am a partner at the law firm of Kilpatrick Stockton, LLP and counsel of record for Plaintiffs MyGuide Holding GmbH and MyGuideGPS Ltd. I submit this declaration pursuant to Local Rule 6-2(a). The information in this Declaration is based on my personal knowledge.

3    2.    On Monday, June 16, 2008, I, along with counsel for Defendants, submitted a Joint Case Management Statement and Stipulated Request for Order Changing Time requesting the continuance, for a period of thirty (30) days, of the Case Management Conference currently scheduled for June 27, 2008.

4    3.    The purpose of the request is to allow time for the parties to finalize and document a settlement agreement that would resolve all claims asserted in this action.

5    4.    No time modifications have previously been obtained other than a stipulated extension of time for the Defendants/Counterclaimants to file their response to the Plaintiffs' Complaint.

6    5.    The requested time modification will have no significant effect on the schedule of the case and would allow the parties to focus their efforts on finalizing and documenting their settlement agreement.

Dated: June 16, 2008

_____/s/_____
Mark Conger

**Signature Attestation**

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

Dated: June 16, 2008            Respectfully submitted,

                                HARVEY SISKIND LLP

                                _____/s/_____
                                Raffi V. Zerounian

                                Attorneys for Plaintiffs
                                MyGuide Holding GmbH and MyGuideGPS Ltd.

1  D. PETER HARVEY, ESQ.  (SBN 55712)
   Email:  pharvey@harveysiskind.com
2  SETH I. APPEL, ESQ. (SBN 233421)
   Email:  sappel@harveysiskind.com
3  HARVEY SISKIND LLP
4  4 Embarcadero Center, 39th Floor
   San Francisco, CA 94111
5  Telephone:  (415) 354-0100
   Facsimile:  (415) 391-7124
6
7  LISA PEARSON, ESQ. (admitted *pro hac vice*)
   Email:  lpearson@kilpatrickstockton.com
8  KILPATRICK STOCKTON LLP
   31 West 52nd Street, 14th Floor
9  New York, NY  10019
   Telephone:  (212) 775-8700
10 Facsimile:  (212) 775-8800
11
   W. MARK CONGER, ESQ. (admitted *pro hac vice*)
12 Email:  mconger@kilpatrickstockton.com
   JOCELYN BURTON, ESQ. (SBN 135879)
13 Email:  jburton@kilpatrickstockton.com
   KILPATRICK STOCKTON LLP
14 1001 West Fourth Street
   Winston-Salem, NC  27101
15 Telephone:  (336) 607-7300
   Facsimile:  (336) 607-7500
16
17 Attorneys for Plaintiffs,
   MYGUIDE HOLDING GMBH
18 and MYGUIDEGPS LTD.
19
                       **UNITED STATES DISTRICT COURT**
20
                       **NORTHERN DISTRICT OF CALIFORNIA**
21
                              **SAN JOSE DIVISION**
22
   | MYGUIDE HOLDING GMBH and MYGUIDEGPS LTD., | Case No.:   C 08-0057 JF |
   |---|---|
   | Plaintiffs, vs. | **[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
   | RANDOLPH KEMPS, an individual, ARES DIGITAL, INC., and MYGUIDE (USA) INC. | |
   | Defendants. | |

1     Pursuant to the parties' Stipulated Request for Order Changing Time, the Case Management
2 Conference currently scheduled for June 27, 2008, is hereby continued and will be rescheduled for a
3 date on or after July 27, 2008.
4     IT IS SO ORDERED.

6     Dated:

7                                        The Honorable Jeremy Fogel
                                            United States District Court Judge

-2-