```
FILED
JUN 1 6 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
```

# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Myguide Holding GMBH, | No. C 08-00057 JF MED |
| Plaintiff(s), | **Certification of ADR Session** |
| v. | |
| Kemps, | |
| Defendant(s). | |

*Instructions: The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.*

1. I hereby certify that the parties in this matter held a ☐ Mediation or ☐ ENE session on (date) __June 9, 2008__

2. Did the case settle?    ☒ fully    ☐ partially    ☐ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☒ phone discussions expected by (date) __June 23, 2008 (if needed)__

   ☐ no

4. **IS THIS ADR PROCESS COMPLETED?**    ☒ YES    ☐ NO

Dated: __June__            _[signature]_
                          Mediator, Roderick M. Thompson
                          Farella, Braun & Martel, LLP
                          235 Montgomery St.
                          San Francisco, CA 94104

**Certification of ADR Session**
08-00057 JF MED