**E-filed 6/18/08**

D. PETER HARVEY, ESQ.  (SBN 55712)
Email:  pharvey@harveysiskind.com
SETH I. APPEL, ESQ. (SBN 233421)
Email:  sappel@harveysiskind.com
HARVEY SISKIND LLP
4 Embarcadero Center, 39th Floor
San Francisco, CA 94111
Telephone:  (415) 354-0100
Facsimile:  (415) 391-7124

LISA PEARSON, ESQ. (admitted *pro hac vice*)
Email:  lpearson@kilpatrickstockton.com
KILPATRICK STOCKTON LLP
31 West 52nd Street, 14th Floor
New York, NY  10019
Telephone:  (212) 775-8700
Facsimile:  (212) 775-8800

W. MARK CONGER, ESQ. (admitted *pro hac vice*)
Email:  mconger@kilpatrickstockton.com
JOCELYN BURTON, ESQ. (SBN 135879)
Email:  jburton@kilpatrickstockton.com
KILPATRICK STOCKTON LLP
1001 West Fourth Street
Winston-Salem, NC  27101
Telephone:  (336) 607-7300
Facsimile:  (336) 607-7500

Attorneys for Plaintiffs,
MYGUIDE HOLDING GMBH
and MYGUIDEGPS LTD.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| MYGUIDE HOLDING GMBH and MYGUIDEGPS LTD.,<br><br>    Plaintiffs,<br>    vs.<br><br>RANDOLPH KEMPS, an individual, ARES DIGITAL, INC., and MYGUIDE (USA) INC.<br><br>    Defendants. | Case No.:   C 08-0057 JF<br><br>**[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

1   Pursuant to the parties' Stipulated Request for Order Changing Time, the Case Management
2   Conference currently scheduled for June 27, 2008, is hereby continued and will be rescheduled for a
3   date on or after July 27, 2008.   Case Management Conference is rescheduled for 8/1/08 at 10:30.
4   IT IS SO ORDERED.

6   Dated:    6/18/08
7                                            _____
                                             The Honorable Jeremy Fogel
8                                            United States District Court Judge

-2-

[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE        CASE NO. C 08-0057 JF