**E-Filed 11/20/08**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| MYGUIDE HOLDING GMBH and MYGUIDEGPS LTD., | Case No. C 08-0057 JF |
| Plaintiffs/Counterdefendants | [PROPOSED] ORDER |
| v. | |
| RANDOLPH KEMPS, an individual, ARES DIGITAL, INC., and MYGUIDE (USA) INC. | |
| Defendants/Counterclaimants | |

Pursuant to the parties' Stipulated Request for Order Changing Time, the Case Management Conference currently scheduled for November 21, 2008, is hereby continued and will be rescheduled for ~~a date on or after~~ January 9, 2009. at 10:30 a.m.

IT IS SO ORDERED.

Dated: 11/20/08

_____
The Honorable Jeremy Fogel
United States District Court Judge

[PROPOSED] ORDER                                                               CASE NO. C 08-0057 JF