D. PETER HARVEY, ESQ.  (SBN 55712)
Email:  pharvey@harveysiskind.com
SETH I. APPEL, ESQ. (SBN 233421)
Email:  sappel@harveysiskind.com
HARVEY SISKIND LLP
4 Embarcadero Center, 39th Floor
San Francisco, CA 94111
Telephone:  (415) 354-0100
Facsimile:  (415) 391-7124

LISA PEARSON, ESQ. (admitted *pro hac vice*)
Email:  lpearson@kilpatrickstockton.com
KILPATRICK STOCKTON LLP
31 West 52nd Street, 14th Floor
New York, NY  10019
Telephone:  (212) 775-8700
Facsimile:  (212) 775-8800

W. MARK CONGER, ESQ. (admitted *pro hac vice*)
Email:  mconger@kilpatrickstockton.com
JOCELYN BURTON, ESQ. (SBN 135879)
Email:  jburton@kilpatrickstockton.com
KILPATRICK STOCKTON LLP
1001 West Fourth Street
Winston-Salem, NC  27101
Telephone:  (336) 607-7300
Facsimile:  (336) 607-7500

Attorneys for Plaintiffs,
MYGUIDE HOLDING GMBH
and MYGUIDEGPS LTD.

**\*\*E-Filed 1/5/09\*\***

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| MYGUIDE HOLDING GMBH and MYGUIDEGPS LTD., <br><br>        Plaintiffs, <br>     vs. <br><br> RANDOLPH KEMPS, an individual, ARES DIGITAL, INC., and MYGUIDE (USA) INC. <br><br>        Defendants. | Case No.:   C 08-0057 JF <br><br> [~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

1   Pursuant to the parties' Stipulated Request for Order Changing Time, the Case Management
2   Conference currently scheduled for January 9, 2009, is hereby continued and will be rescheduled
3   for ~~a date on or after~~ March 6, 2009.
4   IT IS SO ORDERED.

5
6   Dated:  1/5/09
7                                                   _____
                                                    The Honorable Jeremy Fogel
8                                                   United States District Court Judge

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
                                                    -2-